IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,                    )
                            Plaintiff,    )
                                                 )
      vs.                             )          Case No. 10-40128-01-RDR
                                                 )
                                                 )
MATTHEW THILLE,                              )
                        Defendant.    )
_____           )

## **O R D E R**

**NOW** on this 24th day of May, 2011,  the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting a continuance of the jury trial and setting this matter for a change of plea hearing on June 1, 2011.  The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a continuance, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7).  See, *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the jury trial is continued, and this matter is set for a change of plea hearing on June 1, 2011 at 10:00 a.m.  The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                             s/Richard D. Rogers
                                             United States District Judge